UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LOUIS A. MANDARINI, III, as he is EXECUTIVE DIRECTOR, MASSACHUSETTS LABORERS' BENEFIT FUNDS,<br>            Plaintiff,<br><br>v.<br><br>GLOBAL FF & E, INC. and JAMES BUCCHIANERI d/b/a GLOBAL FF & E, INC.,<br>            Defendants. | C.A. No. 21-cv-11348-MLW |

## DEFAULT JUDGMENT

Defendants Global FF & E, Inc. and James Bucchianeri d/b/a Global FF & E, Inc., having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff and declarations demonstrating that Defendants Global FF & E, Inc. and James Bucchianeri d/b/a Global FF & E, Inc. owe Plaintiff the sum of $46,298.35, that the Defendants are not infants or incompetent persons or in the military service of the United States,

It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendants Global FF & E, Inc. and James Bucchianeri d/b/a Global FF & E, Inc. the total benefit contributions owed in the amount of $11,242.71, interest on the delinquent contributions at rate of 10 percent per annum in the amount of $898.36, interest on previously late-paid contributions in the amount of $151.73, liquidated damages of $6,944.53, and attorney's fees of $26,275.00 and costs of $786.02, for a total judgment of $46,298.35 with interest as provided by law.

Dated: September 13, 2022

_____
Deputy Clerk

Note: The post judgment interest rate effective this date is  3.62 %.

SCE/sce&ts
6306-21124/dfltjdg.doc